This decision of the Supreme Court of New Mexico was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Supreme Court.

**IN THE SUPREME COURT OF THE STATE OF NEW MEXICO**

**Filing Date:  February 4, 2021**

**No. S-1-SC-37543**

**STATE OF NEW MEXICO,**

     Plaintiff-Appellant,

v.

**DAVID STEVEN BARBER,**

     Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Brett R. Loveless, District Judge**

Hector H. Balderas, Attorney General
M. Victoria Wilson, Assistant Attorney General
Santa Fe, NM

for Appellant

Jeffery J. Buckels, Esq.
Albuquerque, NM

for Appellee

**DISPOSITIONAL ORDER**

**{1}**    WHEREAS, this matter came before the Court upon the State's appeal from the district court's dismissal of Defendant's first-degree, felony-murder charge pursuant to NMSA 1978, Section 39-3-3(B)(1) (1972), which provides the right of appeal from an "order dismissing a complaint, indictment or information as to any one or more counts." *See also State v. Smallwood*, 2007-NMSC-005, ¶¶ 10-11, 141 N.M. 178, 152 P.3d 821 (concluding that cases "where a defendant may possibly be sentenced to life imprisonment or death" are properly appealed directly to this Court);

**{2}**    WHEREAS, the State notified this Court that *State v. Elexus Jolaine Groves & Paul Anthony Garcia*, S-1-SC-37039, raised the same legal issue and was currently

pending on the Court's general calendar. *See* Rule 12-202(G) NMRA (providing that "[a] party has a continuing obligation to alert the appellate court to any related appeals that come to the party's attention");

**{3}** WHEREAS, this Court has issued an opinion, *State v. Elexus Jolaine Groves & Paul Anthony Garcia*, 2021-NMSC- 003, ___ P.3d ___ (S-1-SC-37039, Nov. 30, 2020);

**{4}** WHEREAS, this Court concludes that the issue of law presented in this case was decided by the Court's disposition in *State v. Elexus Jolaine Groves & Paul Anthony Garcia*; and

**{5}** WHEREAS, the Court exercises its discretion under Rule 12-405(B)(1) and (2) NMRA to dispose of a case by nonprecedential order rather than a formal opinion;

**{6}** NOW, THEREFORE, IT IS ORDERED that the district court's order dismissing Defendant's first-degree, felony-murder charge alternative to Count 1 is vacated, and this matter is remanded for further proceedings.

**{7}** **IT IS SO ORDERED.**

**MICHAEL E. VIGIL, Chief Justice**

**BARBARA J. VIGIL, Justice**

**C. SHANNON BACON, Justice**

**DAVID K. THOMSON, Justice**

**JUDITH K. NAKAMURA, Justice,**
**Retired, Sitting by designation**